IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30400
Summary Calendar
_____

HENRY MCFARLAND,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 93-CV-2183
- - - - - - - - - -
February 13, 1998

Before GARWOOD, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Henry McFarland appeals the district court's judgment affirming the Social Security Commissioner's denial of supplemental security income. McFarland contends that the findings of the administrative law judge (ALJ) were not supported by substantial evidence. McFarland specifically challenges the ALJ's findings regarding his ability to perform alternate work, his subjective complaints of pain, and a sit/stand limitation.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

McFarland also contends that the ALJ erred in relying on the medical-vocational guidelines, that the Appeals Council erred in failing to consider additional medical evidence, and that the district court erred in failing to remand the case to the Commissioner for additional evidence.

After reviewing the record and the briefs of the parties, we find no reversible error.  The Commissioner's decision was supported by substantial evidence and based on proper legal standards.  See Falco v. Shalala, 27 F.3d 160, 162 (5th Cir. 1994).

AFFIRMED.